| AO-10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2004 | | in Government Act of 1978 |
| | Calendar Year 2002 2003 | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Archer, Jr., Glenn L | Ct. of Appeals Federal Circuit | 5/21/04 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time). | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ○ Nomination, Date ○ Initial ● Annual ○ Final | 01/01/02 to 12/31/02 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 717 Madison PL. N.W. Washington, D.C., 20439 | Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Sec'y-Treas. | Glenmar Farms ( Farm) Yellow Springs, W.Va. |
| 2. Trustee | Sherman Foundation ( Charitable Foundation) Newport Beach, Ca. |
| 3. Trustee | JEWL Charitable Trust ( Charitable) Washington, D.C. |
| 4. Trustee | Ernestine Matthews Trust (Charitable- Educational) Washington, D.C. |
| 5. Trustee | Charl O. Williams Foundation (Charitable- Educational) Washington, D. C. |
| 6. Trustee | Trust #2 (see Part VII) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 24 P 12:30 FINANCIAL DISCLOSURE OFFICE

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Archer, Jr., Glenn L

Date of Report

5/21/04
07/26/03

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 6/03 | Trustee fee - Ernestine Matthews Trust (charitable & educational) |
| 2. | 6/03 | Trustee fee _ Charl ●. Williams Foundation (charitable & educational) |
| 3. | monthly | Alaska retirement annuity |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE _ - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | University Club, Washington, DC | Honorary Membership | $1,500 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 5/4/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div, rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Colchester Corp. com | | None | J | W | | | | | |
| 2. Glenmar Farms Inc. com | | None | L | W | | | | | |
| 3. IRA #1 - Harris Direct | A | Int & Div | K | T | | | | | |
| 4. _Microsoft com | | | | | | | | | |
| 5. _Lucent com | | | | | | | | | |
| 6. _Avaya com | | | | | | | | | |
| 7. _Cisco com | | | | | | | | | |
| 8. _Agere Sys Inc Cl A & B | | | | | | | | | |
| 9. _Money Market Funds | | | | | | | | | |
| 10. IRA #2 - Harris Direct | A | Int & Div | K | T | | | | | |
| 11. _Cisco com | | | | | | | | | |
| 12. _Intel com | | | | | | | | | |
| 13. _Mariott com | | | | | | | | | |
| 14. _Microsoft com | | | | | | | | | |
| 15. _Applied Materials com | | | | | | | | | |
| 16. _Money Market Funds | | | | | | | | | |
| 17. Harris Direct - Brokerage Acct | | | | | | | | | |

1. Income Gain Codes:       A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:             J = $15,000 or less    K = $15,001-$50,000     L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                    P4 = More than $50,000,000
3. Value Method Codes       Q = Appraisal         T = Cost (Real Estate Only)   S = Assessment         T = Cash Market
   (See Column C2)          U = Book Value        V = Other              W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 5/21/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. _Microsoft com | A | Dividend | J | T | | | | | |
| 19. _Mills Corp com | A | Dividend | | | Sell | 10/16 | J | C | |
| 20. _Md. Health & Educ Bond | A | Interest | J | T | | | | | |
| 21. _Money Market Funds | A | Interest | J | T | | | | | |
| 22. Trust #1 (JEWL Tr) at Harris Direct | D | Int & Div | M | T | | | | | |
| 23. _Alliance Cap Mgmt com | | | | | | | | | |
| 24. _Amazon com | | | | | | | | | |
| 25. _AT&T com | | | | | | | | | |
| 26. _AT&T Wireless com | | | | | | | | | |
| 27. _Barnes & Noble com | | | | | | | | | |
| 28. _Borders com | | | | | | | | | |
| 29. _American El Power com | | | | | | | | | |
| 30. _Cisco com | | | | | | | | | |
| 31. _Intel com | | | | | | | | | |
| 32. _Equity One com (formerly IRT Prop com) | | | | | | | | | |
| 33. _Microsoft com | | | | | | | | | |
| 34. _Pfizer com | | | | | | | | | |
| 35. _Money Market Funds | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 1/21/04 07/26/03 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. Real Property - Titusville, Fla | A | Rent | | | Sell | 6/2 | K | | P MacKeigen et ux |
| 37. Real Property -Fawnskin, Ca | | None | | | Buy | 6/15 | L | | J Fulcher et ux |
| 38. Real Property - Las Vegas, NV | | None | | | Buy | 11/19 | L | | Outdoor Resorts of Las |
| 39. Trust #2 - Merrill Lynch | C | Int & Div | O | T | Inheritance | 10/16 | O | | |
| 40. _Merrill L Money Market Funds | | | | | | | | | |
| 41. _Household Fin Bonds 15Nov06 | | | | | | | | | |
| 42. _Montgomery Co Md Bonds 1Jan10 | | | | | | | | | |
| 43. _Baltimore Md Port Bond 1Dec10 | | | | | | | | | |
| 44. _Prince Georges Co Md Pub Impt Bond 15Mar11 | | | | | | | | | |
| 45. _St Marys Co Md Bdg Bond 15 Jul12 | | | | | | | | | |
| 46. _Queen Annes Co Md Sch Bonds 15Jan13 | | | | | | | | | |
| 47. _Md St Comm Dev Bond 1Apr13 | | | | | | | | | |
| 48. _Md St Trans Bond 1Jul13 | | | | | | | | | |
| 49. _Baltimore Co Pub Imp Bonds 15 Oct15 | | | | | | | | | |
| 50. _Md St Health Bond 15Aug18 | | | | | | | | | |
| 51. _Md St Hlth Easton Bond 1Jul19 | | | | | | | | | |
| 52. _Md St Hlth-Hgh Ed Bonds 1Jul20 | | | | | | | | | |
| 53. _Md St Indl Dev Bond 15Aug20 | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 07/26/03 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. _St Marys Coll Md Bonds 1Sept20 | | | | | | | | | |
| 55. _Md Hlth Suburban Hosp Bonds 1Jul21 | | | | | | | | | |
| 56. _Balt Co Md Met Bond 1Jun23 | | | | | | | | | |
| 57. _Md St Hlth Jhn Hopkins Bond 1Jul23 | | | | | | | | | |
| 58. _Md St Hlth Hghr Ed Bond 1Jul23 | | | | | | | | | |
| 59. _Md St Hlth Johns Hop Bonds 1Jul23 | | | | | | | | | |
| 60. _Md St Hlth Hghr Ed Bonds 1Jul23 | | | | | | | | | |
| 61. _Montgomery Co Md Bonds 15Feb24 | | | | | | | | | |
| 62. _Baltimore Md Rev Bonds 1Jul28d | | | | | | | | | |
| 63. _Md St Hlth Hghr Ed Bonds 1Jul27 | | | | | | | | | |
| 64. _St Marys Coll Md Bonds 1Sept27 | | | | | | | | | |
| 65. _Md St Hlth Bonds 15Aug28 | | | | | | | | | |
| 66. _Balt Co Md Bonds 1Sept28 | | | | | | | | | |
| 67. _Md St Hlth Hghr Ed Bonds 1Jul29 | | | | | | | | | |
| 68. _Md St Hlth Hef Bonds 1Jan33 | | | | | | | | | |
| 69. _Allegheny Energy com | | | | | | | | | |
| 70. _Bank of America com | | | | | | | | | |
| _Bristol-Myers Squibb com | | | | | | | | | |

1. Income/Gain Codes. A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 07/26/03 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. _Consolidated Edison com | | | | | | | | | |
| 73. _Constellation Energy com | | | | | | | | | |
| 74. _Centerpoint Energy com | | | | | | | | | |
| 75. _Carramerica Realty com | | | | | | | | | |
| 76. _DTE Energy com | | | | | | | | | |
| 77. _Dominion Resources com | | | | | | | | | |
| 78. _Entergy Corp com | | | | | | | | | |
| 79. _Eastman Kodak com | | | | | | | | | |
| 80. _FPL Group com | | | | | | | | | |
| 81. _Great Plains Energy com | | | | | | | | | |
| 82. _Hospitality Pptys Trust com | | | | | | | | | |
| 83. _Host Marriott Corp com | | | | | | | | | |
| 84. _K Mart com | | | | | | | | | |
| 85. _Mills Corp com | | | | | | | | | |
| 86. _Marriott Intl com | | | | | | | | | |
| 87. _Mirant Corp com | | | | | | | | | |
| 88. _McDonalds com | | | | | | | | | |
| 89. _Northeast Utils com | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 6 of 6

Name of Person Reporting

Archer, Jr., Glenn L

Date of Report
07/26/03

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 90. _PNM Resources com | | | | | | | | | |
| 91. _PEPCO Holdings com | | | | | | | | | |
| 92. _Pub Svc Enterprise com | | | | | | | | | |
| 93. _Reliant Resources com | | | | | | | | | |
| 94. _Scana Corp com | | | | | | | | | |
| 95. _Southern Co com | | | | | | | | | |
| 96. _Texas Genco Holdings com | | | | | | | | | |
| 97. _Tenneco Automotive com | | | | | | | | | |
| 98. _Verizon com | | | | | | | | | |
| 99. _Zimmer Holdings com | | | | | | | | | |
| 100. _Wal-Mart com | | | | | | | | | |
| 101. _Westar Energy com | | | | | | | | | |
| 102. _Nuv Md Div Fund | | | | | | | | | |
| 103. Trust #2 cont'd - (Not in Merrill Lynch Acct) | | | | | | | | | |
| 104. -Real Property Norton Co Ks | A | Rent & Rlty | N | W | Inheritance | 10/16 | N | | |
| 105. | | | | | | | | | |

1. Income Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Archer, Jr., Glenn L

Date of Report

5/21/04
07/26/03

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part I — Resigned as Trustee of Matthews Trust and Williams Foundation effective 12/31/03.  Became Trustee of Trust #2 (see PartVII) by inheritance on 10/16/03

Part III — ▮▮▮▮ esigned as Trustee of Matthews Trust and Williams Foundation effective 12/31/03.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Archer, Jr., Glenn L |  |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date __5/12/04__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544